# Exhibit A





# 14EB

Tandem Axle Equipment Trailer

