# Exhibit C

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

Reg. No. 2,105,020

**United States Patent and Trademark Office**

Registered Oct. 14, 1997

Corrected

OG Date Apr. 13, 2004

## TRADEMARK
## PRINCIPAL REGISTER

## BIG TEX

BIG TEX TRAILER MANUFACTURING.,
  INC. (TEXAS CORPORATION)
12400 WEST I-20 EAST
ODESSA, TX 79765

NO CLAIM IS MADE TO THE EXCLU-
SIVE RIGHT TO USE "TEX", APART
FROM THE MARK AS SHOWN.

FOR: TRAILERS, NAMELY, AUTO,
UTILITY, INDUSTRIAL, LIVESTOCK,
EQUIPMENT, CARGO, MARINE AND
DUMP TRAILERS, IN CLASS 12 (U.S.
CLS. 19, 21, 23, 31, 35 AND 44).
  FIRST USE 9-1-1982; IN COMMERCE
9-1-1982.
  SER. NO. 75-140,040, FILED 7-25-1996.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Apr. 13, 2004.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**