# Exhibit F

Hovey Williams LLP
IP Law | Patents | Trademarks | IP Litigation
Where Ingenuity Thrives®

Joan Optican Herman
joh@hoveywilliams.com

October 24, 2024

**VIA OVERNIGHT MAIL and EMAIL**
Ryan Keen (Co-Founder)
Big Rentals Inc.
611 N Brand Blvd, Floor 13
Glendale, California 91203
ryan@bigrentals.com
corporate@bigrentals.com

> Re: Notice of Big Tex Trailer's and PJ Trailers' Intellectual Property Rights
> *Action Required*

Dear Mr. Keen:

We are intellectual property counsel for ATW Trailer World Corp. ("ATW"), and its affiliated companies, Big Tex Trailer Manufacturing, LLC ("Big Tex Trailer") and PJ Trailers Manufacturing Inc. ("PJ Trailers"). Our firm is contacting you regarding Big Rentals Inc.'s ("Big Rentals") infringement of Big Tex Trailer's and PJ Trailers' proprietary intellectual property.

Big Tex Trailer is a top-selling trailer brand, known for offering rugged and durable trailers in a variety of models and hauling capacities. Since at least as early as 1982, Big Tex Trailer has used the trademark BIG TEX, and variations of the same, in connection with its trailers, as well as its related retail store services, and trailer repair and maintenance services. Importantly, Big Tex Trailer owns the following U.S. federal registrations for the above-listed goods and services (collectively, the "BIG TEX® Marks"):

| BIG TEX |  | BIG TEX TRAILERS |
|---|---|---|
| Reg. No. 2105020 | Reg. No. 4008805 | Reg. No. 6645271 |

Big Tex Trailer's use of the above logo dates back to at least as early as 1993. Copies of the Registration Certificates for these marks are attached as <u>Exhibit A</u>.

PJ Trailers is also a widely known trailer brand, recognized for its professional-grade trailering solutions and similar offering of trailers in a variety of models and hauling capacities. Since at least as early as 2007, PJ Trailers has used the trademark PJ TRAILERS in connection

10801 Mastin Boulevard, Suite 1000 | 84 Corporate Woods | Overland Park, Kansas 66210
Tel: (913) 647-9050 | Fax: (913) 647-9057 | www.hoveywilliams.com

*Limited Liability Partnership of Professional Corporations*
*Established 1929*

Ryan Keen
Big Rentals Inc.
October 24, 2024
Page 2

with its trailers. PJ Trailers owns the following U.S. federal registrations and pending application, among others, in connection with the same (collectively, the "PJ TRAILERS® Marks"):

  PJ TRAILERS 

Reg. No. 4616851     Reg. No. 4620239     Reg. No. 6645276     App. No. 98804147

Copies of the Registration Certificates or TSDR Status Pages for these marks are attached as <u>Exhibit B</u>.

    Big Tex Trailer and PJ Trailers have expended substantial resources to advertise and promote their trailers and associated goods and services under their respective marks and through their original content. As a result, both companies have built significant goodwill and a strong business reputation through their trademarks and branding. Therefore, Big Tex Trailer and PJ Trailers will not permit others to utilize their proprietary intellectual property, or confusingly similar variations of the same, in a way that is likely to cause confusion among the public as to source, origin, sponsorship, or affiliation of their respective goods or services.

    Big Tex Trailer and PJ Trailers also have copyright protection in their website content, social media content, and other marketing and promotional materials, including but not limited to their images, photographs, text, and other original materials. See <https://www.bigtextrailers.com/> and <https://pjtrailers.com/>. Based on these rights, our clients have the exclusive rights to copy, publish, and reproduce these materials.

    Unfortunately, it has come to our clients' attention that Big Rentals is making unlawful use of Big Tex Trailer's and PJ Trailers' trademarks and copyrights. To begin, Big Rentals is using a logo that bears a striking resemblance Big Tex Trailer's use of its registered BIG TEX® Marks, for identical and/or related products and services:

| Big Tex Trailer's Use of its Registered Mark: | Big Rentals' Infringing Logo (the "Infringing Logo"): |
|---|---|
|  |  |

Big Rentals' Infringing Logo blatantly copies the first element of Big Tex Trailer's mark, "BIG," using the same dominant colors and font. Big Rentals then combines this identical element to create unitary mark format, mimicking Big Tex Trailer's mark structure, with similarly arranged details under the second word element.

Ryan Keen
Big Rentals Inc.
October 24, 2024
Page 3

  Notably, Big Tex Trailer's trademark rights in its name and logo significantly pre-date Big Rentals' use of the Infringing Logo. Specifically, (i) the Big Rentals, Inc. corporate entity was not registered with the Delaware Secretary of State Office until 2023; and (ii) U.S. trademark registrations belonging to Big Rentals confirm that Big Rentals previously used an alternative logo design. See Exhibit C.

  Given that Big Tex Trailer and Big Rentals operate in the same industry and target the same consumers, Big Rentals improper use of the Infringing Logo is likely to—and inevitably will—confuse and mislead the public into thinking that Big Rentals is affiliated with or sponsored by ATW, Big Tex Trailers, and/or PJ Trailers, when this is not the case.

  The above confusion is further compounded by Big Rentals' use of the BIG TEX® Marks and PJ TRAILERS® Marks on the homepage of its website, as shown below:



While it may be permissible in certain cases to use a company's name when accurately describing the rental or sale of that company's goods or services, the unauthorized use of a company's logo, as seen here by Big Rentals, is strictly prohibited.

  Finally, the Big Rentals website, <https://bigrentals.com/>, also includes images directly copied from Big Tex Trailer's official website, representative examples of which are shown below and attached as Exhibit D.

Ryan Keen
Big Rentals Inc.
October 24, 2024
Page 4



      Big Rentals is **<u>not</u>** authorized to use intellectual property belonging to Big Tex Trailer or PJ Trailers to promote its related, overlapping, competing, and/or complementary services in the trailer industry. Such actions suggest that Big Rentals intends to palm off of the goodwill that has been cultivated in the BIG TEX® Marks and PJ TRAILERS® Marks.

      Importantly, Big Rentals' conduct constitutes trademark infringement, as well as unfair competition, in violation of the Lanham Act, 15 U.S.C. § 1051 et seq., and various state laws. Similarly, Big Rentals' unauthorized reproduction of Big Tex Trailer's copyrighted images, and any other unauthorized copying of Big Tex Trailer's or PJ Trailers' original content, subjects Big Rentals to liability for copyright infringement. This conduct violates 17 USD § 101 et. seq., and these infringing activities entitle our clients to monetary damages, as well as an injunction against Big Rentals.

      The above-described infringing activities clearly subject Big Rentals to legal liability. However, ATW, Big Tex Trailer, and PJ Trailers are willing to resolve this matter amicably and outside of litigation, under the following terms:

      (i)      Big Rentals **<u>immediately</u>** ceases and desists from all current use and any future use of the Infringing Logo, and any other design or trademark confusingly similar to the BIG TEX® Marks or PJ TRAILERS® Marks, including but not limited to ceasing use in all signage, websites, advertising, promotional, and marketing materials, social media, and other media/marketing outlets, and in any search engine optimization;

      (ii)      Big Rentals refrains from applying for or registering the Infringing Logo, or any other design or trademark confusingly similar to the BIG TEX® Marks or PJ

Ryan Keen
Big Rentals Inc.
October 24, 2024
Page 5

TRAILERS® Marks, now or in the future, in connection with Big Rentals, or with goods or services identical or related to those offered under the BIG TEX® Marks and PJ TRAILERS® Marks;

(iii) Big Rentals **immediately** removes all uses of the Big Tex Trailers logo and the PJ Trailers logo from its website and any advertising, promotional, and marketing materials, social media, and other media/marketing outlets controlled by Big Rentals; and

(iv) Big Rentals **immediately** removes all images and photos, whether on its website or elsewhere, that are copied from the Big Tex Trailer or PJ Trailers website, or which otherwise include our clients' copyrighted materials.

Please advise us in writing as to Big Rentals' intentions regarding this matter no later than **November 07, 2024.** If we do not receive a timely response, our clients may consider taking other action to protect their valuable intellectual property rights, without further notice to Big Rentals, including without limitation, reporting the infringing activities to website hosts to request deactivation of Big Rentals' website.

This letter is without prejudice to or waiver of any additional rights or claims which ATW, Big Tex Trailer, or PJ Trailers may have, or which may hereafter arise against you and/or Big Rentals, and all such rights and claims are expressly reserved.

We look forward to working with you to promptly resolve this matter.

Sincerely,
HOVEY WILLIAMS LLP

By _[signature]_
Joan Optican Herman