# Exhibit G



