# Exhibit H







