IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BIG TEX TRAILER MANUFACTURING, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BIG RENTALS INC., PABLO FERNANDEZ, RYAN KEEN, AND JOHN DOES 1–10,<br><br>    Defendants. | Case No. 4:25-cv-05091 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF
BIG TEX TRAILER MANUFACTURING, LLC**

    Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Big Tex Trailer Manufacturing, LLC, by and through the undersigned counsel, states that it is owned by American Trailer World Corp. d/b/a ATW, and that no publicly held company owns 10% or more of its stock.

Dated: October 24, 2025                               Respectfully submitted,


  /s/ *Eugene Zilberman*
Eugene Zilberman
State Bar No. 24110577
1001 Fannin, Suite 720
Houston, Texas 77002
Telephone: (281) 658-9060
ezilberman@mbssmartlaw.com


Matthew B. Walters, *pro hac vice forthcoming*
mwalters@hoveywilliams.com
HOVEY WILLIAMS LLP
10801 Mastin Street, Suite 1000
Overland Park, KS 66210
Phone: (913) 647-9050 Fax: (913) 647-9057


*ATTORNEYS FOR*
*BIG TEX TRAILER MANUFACTURING, LLC*