United States District Court
Southern District of Texas
**ENTERED**
November 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25cv5091 |
|---|---|---|---|

| Big Tex Trailer Manufacturing, LLC |
|---|
| *versus* |
| Big Rentals Inc., Pablo Fernandez, Ryan Keen, and John Does 1–10 |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Matthew B. Walters<br>Hovey Williams LLP<br>10801 Mastin Boulevard, Suite 1000<br>Overland Park, Kansas 66210<br>913-647-9050; mwalters@hoveywilliams.com<br>Missouri (59812); Kansas (23514) |
|---|---|

| Name of party applicant seeks to appear for: | Big Tex Trailer Manufacturing, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __   __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 10/24/2025 | Signed: /s/ Matthew B. Walters |
|---|---|

The state bar reports that the applicant's status is:   active.

| Dated: 11/6/2025 | Clerk's signature *Glenda Hassan* |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

*Lee H. Rosenthal*

Dated: 11/6/2025

United States District Judge